IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD SPENCE,

      Plaintiff,                       No. CIV S-03-2442 LKK DAD P

    vs.

M.D. McDONALD, et al.,

      Defendants.               ORDER

/

        Plaintiff has requested an open-ended extension of time to request reconsideration of the court's recent order resolving discovery matters, or to file an appeal or unspecified motions. IT IS HEREBY ORDERED that:

        1. Plaintiff's January 5, 2006 request to extend time is granted in part.

        2. Plaintiff is granted an extension of twenty days from the date of this order to request reconsideration, by the assigned district judge, of this court's order filed December 14, 2005 (#56).

DATED: January 13, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
spen2442.36recon