BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
JODIE A. SCHWAB (SBN 223131)
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-1145
  Fax: (916) 324-5205
Attorneys for Defendants Fish, Harrison,
Howard, Kelly, Templeton and Tuter
48149286-SA2004102057

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GERALD SPENCE,** | Case No. 2:03-cv-02442-LKK-DAD (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| **M.D. McDONALD, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to serve their responses to Plaintiff's Second Request for Production of Documents was considered by this Court, and good cause appearing, IT IS HEREBY ORDERED that Defendants are granted twenty (20) days to and including March 2, 2006, to serve their responses to Plaintiff Spence's Second Request for Production of Documents.

DATED: February 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/spen2442.disceot