1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GERALD SPENCE,

11            Plaintiff,                    No. CIV S-03-2442 LKK DAD P

12        vs.

13    M.D. McDONALD, et al.,

14            Defendants.              ORDER

15    _____/

16            Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On May 17, 2007, the magistrate judge filed findings and recommendations herein

20    which were served on all parties and which contained notice to all parties that any objections to

21    the findings and recommendations were to be filed within twenty days.  Neither party has filed

22    objections to the findings and recommendations.

23            Although it appears from the file that plaintiff's copy of the findings and

24    recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility

25    to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),

26    service of documents at the record address of the party is fully effective.

1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4    1.  The findings and recommendations filed May 17, 2007, are adopted in full; and

5    2.  This action is dismissed for plaintiff's failure to keep the court apprised of his

6  current address.  See Local Rules 83-182(f) and 11-110.

7  DATED:   June 20, 2007.

8

9  _____
   LAWRENCE K. KARLTON
10  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26